**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-42001-JBS |
| | § | |
| KEVIN J. HALEY | § | |
| AMY M. HALEY | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 09/29/2011, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/24/2011     By: /s/ David P. Leibowitz
                                (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-42001-JBS |
| | § | |
| KEVIN J. HALEY | § | |
| AMY M. HALEY | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $5,368.23
*and approved disbursements of*     $839.55
*leaving a balance on hand of[1]:*     $4,528.68

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $4,528.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,132.52 | $0.00 | $1,132.52 |
| David P. Leibowitz, Trustee Expenses | $15.66 | $0.00 | $15.66 |

Total to be paid for chapter 7 administrative expenses:     $1,148.18
Remaining balance:     $3,380.50

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

| | Remaining balance: | $3,380.50 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $3,380.50 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $294,386.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Wfnnb/ Ann Taylor | $1,403.08 | $0.00 | $16.11 |
| 2 | Discover Bank | $5,548.05 | $0.00 | $63.71 |
| 3 | American Infosource Lp As Agent for/ Target | $8,534.50 | $0.00 | $98.00 |
| 4 | Roundup Funding, LLC/ Bank Atlantic Business | $38,633.29 | $0.00 | $443.63 |
| 5 | Discover Bank | $7,944.79 | $0.00 | $91.23 |
| 6 | State Farm Bank | $3,632.69 | $0.00 | $41.71 |
| 7 | Chase Bank USA NA | $357.27 | $0.00 | $4.10 |
| 8 | Chase Bank USA NA | $7,883.24 | $0.00 | $90.52 |
| 9 | Pentagon Federal Cr Un | $15,719.08 | $0.00 | $180.51 |
| 10 | Chase Bank USA NA | $145.92 | $0.00 | $1.68 |
| 11 | Chase Bank USA NA | $1,167.87 | $0.00 | $13.41 |
| 12 | Chase Bank USA NA | $17,290.35 | $0.00 | $198.55 |
| 13 | Chase Bank USA NA | $535.17 | $0.00 | $6.15 |

**UST-Form 101-7-NFR (5/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 14 | Fia Card Services, NA/Bank of America | $5,039.40 | $0.00 | $57.87 |
| 15 | Fia Card Services, NA/Bank of America | $11,864.97 | $0.00 | $136.25 |
| 16 | Fia Card Services, NA/Bank of America | $16,573.24 | $0.00 | $190.31 |
| 17 | Fia Card Services, NA As Successor In Interest to Bank of America NA | $23,413.40 | $0.00 | $268.86 |
| 18 | Fia Card Services, NA As Successor In Interest to Bank of America NA | $11,863.22 | $0.00 | $136.23 |
| 19 | Fia Card Services, NA As Successor In Interest to Bank of America NA | $23,323.38 | $0.00 | $267.83 |
| 20 | Chase Bank USA NA | $12,523.18 | $0.00 | $143.81 |
| 21 | Chase Bank USA NA | $19,931.06 | $0.00 | $228.87 |
| 22 | American Express Bank, FSB | $12,058.42 | $0.00 | $138.47 |
| 23 | Chase Bank USA NA | $978.64 | $0.00 | $11.24 |
| 24 | American InfoSource LP as agent for American Honda Finance | $6,159.04 | $0.00 | $70.73 |
| 25 | Elan Financial Services as servicer for Comerica Bank | $3,639.53 | $0.00 | $41.79 |
| 26 | Elan Financial Services as servicer for Comerica Bank | $14,440.19 | $0.00 | $165.82 |
| 27 | Elan Financial Services as servicer for Midwest Bank | $4,798.41 | $0.00 | $55.10 |
| 28 | US Bank N.A. | $10,600.31 | $0.00 | $121.73 |
| 29 | US Bank N.A. | $8,384.80 | $0.00 | $96.28 |

Total to be paid to timely general unsecured claims: $3,380.50
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

**UST-Form 101-7-NFR (5/1/2011)**

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
       Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-42001-JBS
Kevin B. Haley                                                      Chapter 7
Amy M. Haley
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: vrowe              Page 1 of 2              Date Rcvd: Aug 26, 2011
                               Form ID: pdf006          Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2011.
```
db/jdb         Kevin B. Haley,    Amy M. Haley,    10316 S. Crandon Avenue,    Chicago, IL  60617-5621
aty           +John D Landry,    Landry & Associates,    120 E. Ogden Avenue,    Suite 212,
                Hinsdale, IL 60521-3546
tr            +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
14689314      +5/3 Bank Cc,    38 Fountain Square Cust. Serv. Md 1mo,    Cincinnati, OH 45263-0001
16816120       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
14689317      +Amex,    P.o. Box 981537,   El Paso, TX 79998-1537
14689319      +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
14689320      +Bank Of America,    Po Box 15311,    Wilmington, DE 19850-5311
14689321      +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
14704156       Bank of America,    c/o Business Card,    PO Box 15710,    Wilmington, DE 19886-5710
14704157       Bank of America NA,    PO Box 25118,    Tampa, FL 33622-5118
14689322      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
14689323       Bk Of Amer,    4060 Ogletown/stan De5-019-03-07,    Newark, DE  19713
14689324       Bk Of Amer,    4060 Ogletown/stanton Rd,    Newark, DE  19713
14689325      +Brclysbankde,    125 South West Str,    Wilmington, DE 19801-5014
14689326      +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
14689327      +Chase,    Bank One Card Serv 800 Brooksedge Blv,    Westerville, OH 43081-2822
16648662       Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
14689328       Chase Card Services,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE  19886-5153
14689330       Citi,    Po Box 6003,   Hagerstown, MD  21742
14689329      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14689331      +Citibankna,    Citibank / One Sto 1000 Technology Dr,    O Fallon, MO 63368-2239
14689332       Citibusiness Card,    P.O. Box 688901,    Des Moines, IA  50368-8901
14689334      +Cntrlmtg,    801 John Barrow Rd, Ste 1,    Little Rock, AR 72205-6599
16938172      +Elan Financial Services as servicer for,    Comerica Bank,    P.O. Box 5229,
                Cincinnati, OH 45201-5229
16938174      +Elan Financial Services as servicer for,    Midwest Bank,    P.O. Box 5229,
                Cincinnati, OH 45201-5229
16731255      +Fia Card Services, NA As Successor In Interest to,    Bank of America NA and Mbna America Bank,
                1000 Samoset Drive,    DE5-023-03-03,    Newark, DE 19713-6000
14704158       First Equity Card Corp,    PO Box 23029,    Columbus, GA 31902-3029
14689312       Haley Amy M,    10316 S Crandon Avenue,    Chicago, IL  60617-5621
14689311       Haley Kevin J,    10316 S Crandon Avenue,    Chicago, IL  60617-5621
14689343      +Hardisty Limited Partnership,    3113 S. University Drive,    No. 600,   Fort Worth, TX 76109-5616
14689342      +Hardisty Limited Partnership,    3113 S. University Drive,    No. 600,   Ft. Worth, TX 76109-5616
14704159      +Harris, NA,    c/o Transworld Systems,    PO Box 1864,    Santa Rosa, CA 95402-1864
14689344      +Hsbc Bank,    Po Box 5253,   Carol Stream, IL 60197-5253
14689345      +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
14689346     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    Kansas City, MO  64999)
14689313      +Landry & Associates,    120 E Ogden Avenue Suite 212,    Hinsdale, IL 60521-3546
14704160       National City Bank,    PO Box 856177,    Louisville, KY 40285-6177
14704162       National City Bank,    PO Box 8043,    PO Box 361774,    Royal Oak,MI 48068-8043
14704161      +PNC Bank,    Consumer Loan Center,    Mailstop P5-PCLC-02-R,    2730 Liberty Ave,
                Pittsburgh, PA 15222-4704
14689347      +Paragonway (original Creditor:12 Ge,    2101 West Ben Whit,    Austin, TX 78704-7516
14689348      +Patelco Credit Union,    156 2nd St,    San Francisco, CA 94105-3725
14689349      +Pentagon Federal Cr Un,    Po Box 1432,    Alexandria, VA 22313-1432
14689350      +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
14689351       Quill.Com,    C/O Corporate Collection Services, Inc.,    P.O. Box  22630,
                Cleveland, OH  44122-0630
14689352      +Rbs Citizens Na,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
14689353      +Sears/cbsd,    701 East 60th St N Po Box 6241,    Sioux Falls, SD 57117-6241
14689354      +St Farm Bk,    Po Box 84062,   Columbus, GA 31908-4062
14689355       Staples Credit Plan,    P.O. Box  689020,    Des Moines, IA  50368-9020
16601113       State Farm Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
14689356      +Target Nb,    Po Box 673,   Minneapolis, MN 55440-0673
14689357      +Thd/cbsd,    Po Box 6497,   Sioux Falls, SD 57117-6497
14689358      +Trojan Profe (original Creditor:med,    P.o. Box 1270,    Los Alamitos, CA 90720-1270
14689335     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Comerica Bank,    P.O. Box 790408,    St. Louis, MO  63179-0408)
14689337     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial Service,    Po Box 790084,    Saint Louis, MO  63179)
14689338     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial Services,    P.O. Box 108,    St. Louis, MO  63166-9801)
14704163     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    PO Box 790408,    St Louis, MO 63179-0408)
16938204     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
14689360       US- Yellow Pages,    P.O. Box  3110,    Jersey City, NJ  07303-3110
14689359       Us Bank,    Cb Disputes,    St Louis, MO  63116
```

```
District/off: 0752-1          User: vrowe                  Page 2 of 2                  Date Rcvd: Aug 26, 2011
                              Form ID: pdf006              Total Noticed: 76


14689318    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
              MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Asc,    8480 Stagecoach Ci,    Frederick, MD  21701)
14689361    +Wells Fargo Business D,    Po Box 29482,    Phoenix, AZ 85038-9482
14689362    +Wfnnb/an Tlr,    Po Box 182273,    Columbus, OH 43218-2273
14689363    +Wilshire Credit Corp,    1776 Sw Madison St,    Portland, OR 97205-1715
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14689315      E-mail/Text: bkr@cardworks.com Aug 27 2011 02:08:07     Advanta Bank Corp,    Po Box 844,
               Spring House, PA  19477
14689316      E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 27 2011 02:07:31     American Honda Finance,
               2170 Point Blvd Ste 100,    Elgin, IL  60123
16902975      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2011 02:32:22
               American InfoSource LP as agent for,     American Honda Finance,    PO Box 248838,
               Oklahoma City, OK  73124-8838
16579406      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2011 02:32:22
               American Infosource Lp As Agent for,     Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
16573333      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2011 02:32:22
               American Infosource Lp As Agent for Wfnnb,    As Assignee of,    Ann Taylor,    PO Box 248872,
               Oklahoma City, OK  73124-8872
16577906      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 27 2011 02:32:49     Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
14689336     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 27 2011 02:32:49     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
14689339      E-mail/Text: bankruptcynotice@franklincredit.com Aug 27 2011 02:08:24     Franklin Credit Mngmnt,
               101 Hudson St,    Jersey City, NJ  07302
16693031      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2011 02:32:22
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
14689340     +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2011 02:32:59     Gemb/jc Penney Dc,    Po Box 981400,
               El Paso, TX 79998-1400
14689341     +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2011 02:32:59     Gemb/lenscrafters,    Po Box 981439,
               El Paso, TX 79998-1439
16580510      E-mail/PDF: BNCEmails@blinellc.com Aug 27 2011 02:32:49     Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
16676788*     Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
16940122*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,     P.O. Box 5229,    Cincinnati, OH 45201)
14689333    ##+Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
14798696     ##Wilshire Credit Corp,    POB 1650,    Portland, OR 97207-1650
                                                                                               TOTALS: 0, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2011**          **Signature:** *Joseph Speetjens*