UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 09-42001-JBS |
|---|---|---|
| | § | |
| KEVIN J. HALEY | § | |
| AMY M. HALEY | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $711,197.00 | Assets Exempt: | $74,222.00 |
| Total Distributions to Claimants: | $3,380.50 | Claims Discharged Without Payment: | $974,680.38 |
| Total Expenses of Administration: | $1,149.59 | | |

3) Total gross receipts of $5,368.23 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $838.14 (see **Exhibit 2),** yielded net receipts of $4,530.09 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $611,440.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,149.59 | $1,149.59 | $1,149.59 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $911,225.30 | $294,386.49 | $294,386.49 | $3,380.50 |
| **Total Disbursements** | $1,522,665.30 | $295,536.08 | $295,536.08 | $4,530.09 |

4). This case was originally filed under chapter 7 on 11/05/2009. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/23/2011          By:   /s/ David P. Leibowitz
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Federal Tax Refund | 1224-000 | $5,367.00 |
| Interest Earned | 1270-000 | $1.23 |
| **TOTAL GROSS RECEIPTS** | | **$5,368.23** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Kevin B. Haley and Amy M. Haley | Exemptions | 8100-002 | $838.14 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$838.14** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac Home Loans Servici | 4110-000 | $139,348.00 | NA | $0.00 | $0.00 |
| | Citimortgage Inc | 4110-000 | $64,189.00 | NA | $0.00 | $0.00 |
| | Citimortgage Inc | 4110-000 | $34,176.00 | NA | $0.00 | $0.00 |
| | Cntrlmtg | 4110-000 | $262,250.00 | NA | $0.00 | $0.00 |
| | Franklin Credit Mngmnt | 4110-000 | $42,719.00 | NA | $0.00 | $0.00 |
| | Wilshire Credit Corp | 4110-000 | $68,758.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$611,440.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,132.52 | $1,132.52 | $1,132.52 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $15.66 | $15.66 | $15.66 |
| Green Bank | 2600-000 | NA | $1.41 | $1.41 | $1.41 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,149.59 | $1,149.59 | $1,149.59 |

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | 5800-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Wfnnb/ Ann Taylor | 7100-900 | $1,326.00 | $1,403.08 | $1,403.08 | $16.11 |
| 2 | Discover Bank | 7100-900 | $5,403.00 | $5,548.05 | $5,548.05 | $63.71 |
| 3 | American Infosource Lp As Agent for/ Target | 7100-900 | $8,534.00 | $8,534.50 | $8,534.50 | $98.00 |
| 4 | Roundup Funding, LLC/ Bank Atlantic Business | 7100-000 | $38,633.00 | $38,633.29 | $38,633.29 | $443.63 |
| 5 | Discover Bank | 7100-900 | $7,686.00 | $7,944.79 | $7,944.79 | $91.23 |
| 6 | State Farm Bank | 7100-900 | $3,494.00 | $3,632.69 | $3,632.69 | $41.71 |
| 7 | Chase Bank USA NA | 7100-900 | $312.00 | $357.27 | $357.27 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 7; Chase Bank USA NA) | 7100-901 | $0.00 | $0.00 | $0.00 | $4.10 |
| 8 | Chase Bank USA NA | 7100-900 | $7,653.00 | $7,883.24 | $7,883.24 | $90.52 |
| 9 | Pentagon Federal Cr Un | 7100-900 | $15,522.00 | $15,719.08 | $15,719.08 | $180.51 |
| 10 | Chase Bank USA NA | 7100-900 | $142.00 | $145.92 | $145.92 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 10; Chase Bank USA NA) | 7100-901 | $0.00 | $0.00 | $0.00 | $1.68 |
| 11 | Chase Bank USA NA | 7100-900 | $1,167.87 | $1,167.87 | $1,167.87 | $13.41 |
| 12 | Chase Bank USA | 7100-900 | $19,352.00 | $17,290.35 | $17,290.35 | $198.55 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | NA | | | | | |
| 13 | Chase Bank USA NA | 7100-900 | NA | $535.17 | $535.17 | $6.15 |
| 14 | Fia Card Services, NA/Bank of America | 7100-900 | $5,039.00 | $5,039.40 | $5,039.40 | $57.87 |
| 15 | Fia Card Services, NA/Bank of America | 7100-900 | $11,864.00 | $11,864.97 | $11,864.97 | $136.25 |
| 16 | Fia Card Services, NA/Bank of America | 7100-900 | NA | $16,573.24 | $16,573.24 | $190.31 |
| 17 | Fia Card Services, NA As Successor In Interest to Bank of America NA | 7100-900 | $23,691.00 | $23,413.40 | $23,413.40 | $268.86 |
| 18 | Fia Card Services, NA As Successor In Interest to Bank of America NA | 7100-900 | NA | $11,863.22 | $11,863.22 | $136.23 |
| 19 | Fia Card Services, NA As Successor In Interest to Bank of America NA | 7100-900 | $23,246.00 | $23,323.38 | $23,323.38 | $267.83 |
| 20 | Chase Bank USA NA | 7100-900 | $12,180.00 | $12,523.18 | $12,523.18 | $143.81 |
| 21 | Chase Bank USA NA | 7100-900 | NA | $19,931.06 | $19,931.06 | $228.87 |
| 22 | American Express Bank, FSB | 7100-900 | $12,058.00 | $12,058.42 | $12,058.42 | $138.47 |
| 23 | Chase Bank USA NA | 7100-900 | $916.00 | $978.64 | $978.64 | $11.24 |
| 24 | American InfoSource LP as agent for American Honda Finance | 7100-000 | $6,159.04 | $6,159.04 | $6,159.04 | $70.73 |
| 25 | Elan Financial Services as servicer for Comerica Bank | 7100-900 | NA | $3,639.53 | $3,639.53 | $41.79 |
| 26 | Elan Financial Services as servicer for Comerica Bank | 7100-900 | $14,548.00 | $14,440.19 | $14,440.19 | $165.82 |
| 27 | Elan Financial Services as servicer for Midwest Bank | 7100-900 | NA | $4,798.41 | $4,798.41 | $55.10 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | US Bank N.A. | 7100-900 | $8,625.00 | $10,600.31 | $10,600.31 | $121.73 |
| 29 | US Bank N.A. | 7100-900 | NA | $8,384.80 | $8,384.80 | $96.28 |
| | 5/3 Bank Cc | 7100-000 | $13,744.00 | NA | NA | $0.00 |
| | Advanta Bank Corp | 7100-000 | $14,599.00 | NA | NA | $0.00 |
| | Asc | 7100-000 | $169,889.00 | NA | NA | $0.00 |
| | Barclays Bank Delaware | 7100-000 | $21,023.00 | NA | NA | $0.00 |
| | Bk Of Amer | 7100-000 | $15,044.00 | NA | NA | $0.00 |
| | Bk Of Amer | 7100-000 | $8,293.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $16,778.00 | NA | NA | $0.00 |
| | Citi | 7100-000 | $11,581.00 | NA | NA | $0.00 |
| | Citi | 7100-000 | $1,361.00 | NA | NA | $0.00 |
| | Citibankna | 7100-000 | $462.00 | NA | NA | $0.00 |
| | Citibusiness Card | 7100-000 | $5,465.40 | NA | NA | $0.00 |
| | Comerica Bank | 7100-000 | $3,639.53 | NA | NA | $0.00 |
| | Gemb/jc Penney Dc | 7100-000 | $7,193.00 | NA | NA | $0.00 |
| | Gemb/lenscrafters | 7100-000 | $850.00 | NA | NA | $0.00 |
| | Hardisty Limited Partnership | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Hsbc Bank | 7100-000 | $7,711.00 | NA | NA | $0.00 |
| | Hsbc/carsn | 7100-000 | $518.00 | NA | NA | $0.00 |
| | Paragonway (original Creditor:12 Ge | 7100-000 | $19,906.00 | NA | NA | $0.00 |
| | Patelco Credit Union | 7100-000 | $11,611.00 | NA | NA | $0.00 |
| | Peoples Engy | 7100-000 | $457.00 | NA | NA | $0.00 |
| | Quill.Com | 7100-000 | $137.17 | NA | NA | $0.00 |
| | Rbs Citizens Na | 7100-000 | $5,453.00 | NA | NA | $0.00 |
| | Sears/cbsd | 7100-000 | $976.00 | NA | NA | $0.00 |
| | Staples Credit Plan | 7100-000 | $946.29 | NA | NA | $0.00 |
| | Thd/cbsd | 7100-000 | $1,332.00 | NA | NA | $0.00 |
| | Thd/cbsd | 7100-000 | $572.00 | NA | NA | $0.00 |
| | Trojan Profe (original Creditor:med | 7100-000 | $1,969.00 | NA | NA | $0.00 |
| | US- Yellow Pages | 7100-000 | $1,782.00 | NA | NA | $0.00 |
| | Wells Fargo Business D | 7100-000 | $26,967.00 | NA | NA | $0.00 |
| | Wells Fargo Business D | 7100-000 | $7,809.00 | NA | NA | $0.00 |
| | Wells Fargo | 7100-000 | $7,642.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Business D | | | | | |
| Wilshire Credit Corp | 7100-000 | $297,964.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $911,225.30 | $294,386.49 | $294,386.49 | $3,380.50 |

**UST Form 101-7-TDR (5/1/2011)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 09-42001-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HALEY, KEVIN J. AND HALEY, AMY M. | Date Filed (f) or Converted (c): | 11/05/2009 (f) |
| For the Period Ending: | 12/23/2011 | §341(a) Meeting Date: | 12/21/2009 |
| | | Claims Bar Date: | 03/21/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1 2-Flat Apartment Building commonly, Champlain, C | $200,000.00 | $0.00 | DA | $0.00 | FA |
| 2 Onl2-Flat Apartment Building commonly, areCampbe | $199,000.00 | $130,242.00 | DA | $0.00 | FA |
| 3 SoftCondominium, msChicago, Cook County, Illinoi | $0.00 | Unknown | DA | $0.00 | FA |
| 4 - FSingle-Family 424]Avenue, Chicago, Cook Count | $125,000.00 | $0.00 | DA | $0.00 | FA |
| 5 98-Townhouse commonly, 00-9Chicago, Cook County, | $54,000.00 | $19,824.00 | DA | $0.00 | FA |
| 6 Cash on hand | $200.00 | $0.00 | DA | $0.00 | FA |
| 7 Checking Account at National City Bank, in name | $6.00 | $0.00 | DA | $0.00 | FA |
| 8 Account with Bank of America building and loan, | $180.00 | $0.00 | DA | $0.00 | FA |
| 9 Checking Account with Chicago Patrolmen's Federa | $1,300.00 | $0.00 | DA | $0.00 | FA |
| 10 ForChecking Account with Citibank | $100.00 | $0.00 | DA | $0.00 | FA |
| 11 24]Checking Account with Citibank | $10.00 | $0.00 | DA | $0.00 | FA |
| 12 Market Account with Chicago Patrolmen's Federal | $300.00 | $0.00 | DA | $0.00 | FA |
| 13 Account with Bank of America | $50.00 | $0.00 | DA | $0.00 | FA |
| 14 Account with Chicago Patrolmen's Federal Credit | $350.00 | $0.00 | DA | $0.00 | FA |
| 15 EZ-Savings Account with Citibank | $50.00 | $0.00 | DA | $0.00 | FA |
| 16 Account with JP Morgan Chase Bank | $250.00 | $0.00 | DA | $0.00 | FA |
| 17 Account with Pentagon Federal Credit Union | $15.00 | $0.00 | DA | $0.00 | FA |
| 18 Bedroom Furniture, including Bed and Dresser, So | $2,500.00 | $0.00 | DA | $0.00 | FA |
| 19 Compact Disc collection antiques, stamp, coin, r | $150.00 | $0.00 | DA | $0.00 | FA |
| 20 Wearing apparel | $1,100.00 | $0.00 | DA | $0.00 | FA |
| 21 Jewelry | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 22 2 Smith & Wesson 9mm Handguns, 1 .38 Caliber Smi | $1,400.00 | $0.00 | DA | $0.00 | FA |
| 23 Deferred Compensaton with Nationwide Insurance | $50,000.00 | $50,000.00 | DA | $0.00 | FA |
| 24 IRA with Citi Bank, now w/Smith-Barney | $300.00 | $300.00 | DA | $0.00 | FA |
| 25 IRA with Citibank | $8,000.00 | $8,000.00 | DA | $0.00 | FA |
| 26 Pension with City of Chicago | $60,461.00 | $0.00 | DA | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 09-42001-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HALEY, KEVIN J. AND HALEY, AMY M. | Date Filed (f) or Converted (c): | 11/05/2009 (f) |
| For the Period Ending: | 12/23/2011 | §341(a) Meeting Date: | 12/21/2009 |
| | | Claims Bar Date: | 03/21/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 27 33 1/3 Stock Interest in Medea & More, Inc., dba | $0.00 | $0.00 | DA | $0.00 | FA |
| 28 Shareholder and Director of AMH Investments, Inc | $0.00 | $0.00 | DA | $0.00 | FA |
| 29 Shareholder and Director of Haley Investments, I | $0.00 | $0.00 | DA | $0.00 | FA |
| 30 2002 Chevrolet Silverado Pick-Up Truck, with 135 | $2,125.00 | $0.00 | DA | $0.00 | FA |
| 31 2002 Honda Odessey Minivan, with 97,000 miles, i | $3,350.00 | $675.00 | DA | $0.00 | FA |
| 32 VOID | $0.00 | $0.00 | | $0.00 | FA |
| 33 Federal Tax Refund (u) | $0.00 | $5,367.00 | DA | $5,367.00 | FA |
| INT Interest Earned (u) | Unknown | Unknown | DA | $1.23 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$711,197.00     $214,408.00     $5,368.23     $0.00

**Major Activities affecting case closing:**
MOTION TO REOPEN PREPARED - TAX INTERCEPT
TFR completed for Trustee's review.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/20/2011 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 02/09/2012 | DAVID LEIBOWITZ |

Page No: 1
Case 09-42001   Doc 57   Filed 01/20/12   Entered 01/20/12 18:42:02   Desc Main
Document   Page 10 of 14
Exhibit 9
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-42001-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HALEY, KEVIN J. AND HALEY, AMY M. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8103 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | ******8104 | Account Title: | DDA |
| For Period Beginning: | 11/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/23/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $4,530.09 | | $4,530.09 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.41 | $4,528.68 |
| 10/05/2011 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $15.66 | $4,513.02 |
| 10/05/2011 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,132.52 | $3,380.50 |
| 10/05/2011 | 5003 | American Infosource Lp As Agent for Wfnnb/ Ann | Claim #: 1; Amount Claimed: 1,403.08; Amount Allowed: 1,403.08; Distribution Dividend: 1.15; | 7100-900 | | $16.11 | $3,364.39 |
| 10/05/2011 | 5004 | Discover Bank | Claim #: 2; Amount Claimed: 5,548.05; Amount Allowed: 5,548.05; Distribution Dividend: 1.15; | 7100-900 | | $63.71 | $3,300.68 |
| 10/05/2011 | 5005 | American Infosource Lp As Agent for/ Target | Claim #: 3; Amount Claimed: 8,534.50; Amount Allowed: 8,534.50; Distribution Dividend: 1.15; | 7100-900 | | $98.00 | $3,202.68 |
| 10/05/2011 | 5006 | Roundup Funding, LLC/ Bank Atlantic Business | Claim #: 4; Amount Claimed: 38,633.29; Amount Allowed: 38,633.29; Distribution Dividend: 1.15; | 7100-000 | | $443.63 | $2,759.05 |
| 10/05/2011 | 5007 | Discover Bank | Claim #: 5; Amount Claimed: 7,944.79; Amount Allowed: 7,944.79; Distribution Dividend: 1.15; | 7100-900 | | $91.23 | $2,667.82 |
| 10/05/2011 | 5008 | State Farm Bank | Claim #: 6; Amount Claimed: 3,632.69; Amount Allowed: 3,632.69; Distribution Dividend: 1.15; | 7100-900 | | $41.71 | $2,626.11 |
| 10/05/2011 | 5009 | Clerk, US Bankruptcy Court | Small Dividends | * | | $5.78 | $2,620.33 |
| | | | Claim Amount          $(4.10) | 7100-901 | | | $2,620.33 |
| | | | Claim Amount          $(1.68) | 7100-901 | | | $2,620.33 |
| 10/05/2011 | 5010 | Chase Bank USA NA | Claim #: 8; Amount Claimed: 7,883.24; Amount Allowed: 7,883.24; Distribution Dividend: 1.15; | 7100-900 | | $90.52 | $2,529.81 |
| 10/05/2011 | 5011 | Pentagon Federal Cr Un | Claim #: 9; Amount Claimed: 15,719.08; Amount Allowed: 15,719.08; Distribution Dividend: 1.15; | 7100-900 | | $180.51 | $2,349.30 |
| 10/05/2011 | 5012 | Chase Bank USA NA | Claim #: 11; Amount Claimed: 1,167.87; Amount Allowed: 1,167.87; Distribution Dividend: 1.15; | 7100-900 | | $13.41 | $2,335.89 |
| 10/05/2011 | 5013 | Chase Bank USA NA | Claim #: 12; Amount Claimed: 17,290.35; Amount Allowed: 17,290.35; Distribution Dividend: 1.15; | 7100-900 | | $198.55 | $2,137.34 |
| 10/05/2011 | 5014 | Chase Bank USA NA | Claim #: 13; Amount Claimed: 535.17; Amount Allowed: 535.17; Distribution Dividend: 1.15; | 7100-900 | | $6.15 | $2,131.19 |
| 10/05/2011 | 5015 | Fia Card Services, NA/Bank of America | Claim #: 14; Amount Claimed: 5,039.40; Amount Allowed: 5,039.40; Distribution Dividend: 1.15; | 7100-900 | | $57.87 | $2,073.32 |
| | | | **SUBTOTALS** | | $4,530.09 | $2,456.77 | |

| Case No. | 09-42001-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HALEY, KEVIN J. AND HALEY, AMY M. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8103 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | ******8104 | Account Title: | DDA |
| For Period Beginning: | 11/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/23/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/05/2011 | 5016 | Fia Card Services, NA/Bank of America | Claim #: 15; Amount Claimed: 11,864.97; Amount Allowed: 11,864.97; Distribution Dividend: 1.15; | 7100-900 | | $136.25 | $1,937.07 |
| 10/05/2011 | 5017 | Fia Card Services, NA/Bank of America | Claim #: 16; Amount Claimed: 16,573.24; Amount Allowed: 16,573.24; Distribution Dividend: 1.15; | 7100-900 | | $190.31 | $1,746.76 |
| 10/05/2011 | 5018 | Fia Card Services, NA As Successor In Interest to | Claim #: 17; Amount Claimed: 23,413.40; Amount Allowed: 23,413.40; Distribution Dividend: 1.15; | 7100-900 | | $268.86 | $1,477.90 |
| 10/05/2011 | 5019 | Fia Card Services, NA As Successor In Interest to | Claim #: 18; Amount Claimed: 11,863.22; Amount Allowed: 11,863.22; Distribution Dividend: 1.15; | 7100-900 | | $136.23 | $1,341.67 |
| 10/05/2011 | 5020 | Fia Card Services, NA As Successor In Interest to | Claim #: 19; Amount Claimed: 23,323.38; Amount Allowed: 23,323.38; Distribution Dividend: 1.15; | 7100-900 | | $267.83 | $1,073.84 |
| 10/05/2011 | 5021 | Chase Bank USA NA | Claim #: 20; Amount Claimed: 12,523.18; Amount Allowed: 12,523.18; Distribution Dividend: 1.15; | 7100-900 | | $143.81 | $930.03 |
| 10/05/2011 | 5022 | Chase Bank USA NA | Claim #: 21; Amount Claimed: 19,931.06; Amount Allowed: 19,931.06; Distribution Dividend: 1.15; | 7100-900 | | $228.87 | $701.16 |
| 10/05/2011 | 5023 | American Express Bank, FSB | Claim #: 22; Amount Claimed: 12,058.42; Amount Allowed: 12,058.42; Distribution Dividend: 1.15; | 7100-900 | | $138.47 | $562.69 |
| 10/05/2011 | 5024 | Chase Bank USA NA | Claim #: 23; Amount Claimed: 978.64; Amount Allowed: 978.64; Distribution Dividend: 1.15; | 7100-900 | | $11.24 | $551.45 |
| 10/05/2011 | 5025 | American InfoSource LP as agent for American Honda | Claim #: 24; Amount Claimed: 6,159.04; Amount Allowed: 6,159.04; Distribution Dividend: 1.15; | 7100-000 | | $70.73 | $480.72 |
| 10/05/2011 | 5026 | Elan Financial Services as servicer for Comerica Bank | Claim #: 25; Amount Claimed: 3,639.53; Amount Allowed: 3,639.53; Distribution Dividend: 1.15; | 7100-900 | | $41.79 | $438.93 |
| 10/05/2011 | 5027 | Elan Financial Services as servicer for Comerica Bank | Claim #: 26; Amount Claimed: 14,440.19; Amount Allowed: 14,440.19; Distribution Dividend: 1.15; | 7100-900 | | $165.82 | $273.11 |
| 10/05/2011 | 5028 | Elan Financial Services as servicer for Midwest Bank | Claim #: 27; Amount Claimed: 4,798.41; Amount Allowed: 4,798.41; Distribution Dividend: 1.15; | 7100-900 | | $55.10 | $218.01 |
| 10/05/2011 | 5029 | US Bank N.A. | Claim #: 28; Amount Claimed: 10,600.31; Amount Allowed: 10,600.31; Distribution Dividend: 1.15; | 7100-900 | | $121.73 | $96.28 |
| 10/05/2011 | 5030 | US Bank N.A. | Claim #: 29; Amount Claimed: 8,384.80; Amount Allowed: 8,384.80; Distribution Dividend: 1.15; | 7100-900 | | $96.28 | $0.00 |

**SUBTOTALS**       $0.00       $2,073.32

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-42001-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HALEY, KEVIN J. AND HALEY, AMY M. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8103 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | ******8104 | Account Title: | DDA |
| For Period Beginning: | 11/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/23/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $4,530.09 | $4,530.09 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $4,530.09 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $4,530.09 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $4,530.09 | |

**For the period of 11/5/2009 to 12/23/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,530.09 |
| | |
| Total Compensable Disbursements: | $4,530.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,530.09 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 12/23/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,530.09 |
| | |
| Total Compensable Disbursements: | $4,530.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,530.09 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 09-42001-JBS | |
| **Case Name:** | HALEY, KEVIN J. AND HALEY, AMY M. | |
| **Primary Taxpayer ID #:** | ******8103 | |
| **Co-Debtor Taxpayer ID #:** | ******8104 | |
| **For Period Beginning:** | 11/5/2009 | |
| **For Period Ending:** | 12/23/2011 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Bank Name:** | Sterling Bank | |
| **Money Market Acct #:** | ******2001 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/16/2010 | (33) | United States Treasury | | 1224-000 | $5,367.00 | | $5,367.00 |
| 12/20/2010 | 1001 | Kevin B. Haley and Amy M. Haley | Entitled portion due to Debtors from the date of filing until 12/31/2009. | 8100-002 | | $838.14 | $4,528.86 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.11 | | $4,528.97 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.21 | | $4,529.18 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.17 | | $4,529.35 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.19 | | $4,529.54 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.19 | | $4,529.73 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.19 | | $4,529.92 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.17 | | $4,530.09 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $4,530.09 | $0.00 |
| | | | **TOTALS:** | | $5,368.23 | $5,368.23 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $4,530.09 | |
| | | | **Subtotal** | | $5,368.23 | $838.14 | |
| | | | Less: Payments to debtors | | $0.00 | $838.14 | |
| | | | **Net** | | $5,368.23 | $0.00 | |

**For the period of 11/5/2009 to 12/23/2011**

| | |
|---|---|
| Total Compensable Receipts: | $5,368.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,368.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $838.14 |
| Total Comp/Non Comp Disbursements: | $838.14 |
| Total Internal/Transfer Disbursements: | $4,530.09 |

**For the entire history of the account between 12/16/2010 to 12/23/2011**

| | |
|---|---|
| Total Compensable Receipts: | $5,368.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,368.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $838.14 |
| Total Comp/Non Comp Disbursements: | $838.14 |
| Total Internal/Transfer Disbursements: | $4,530.09 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 09-42001-JBS | **Trustee Name:** | David Leibowitz |
| **Case Name:** | HALEY, KEVIN J. AND HALEY, AMY M. | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******8103 | **Money Market Acct #:** | ******2001 |
| **Co-Debtor Taxpayer ID #:** | ******8104 | **Account Title:** | |
| **For Period Beginning:** | 11/5/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/23/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $5,368.23 | $5,368.23 | $0.00 |

| For the period of 11/5/2009 to 12/23/2011 | | For the entire history of the case between 11/05/2009 to 12/23/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,368.23 | Total Compensable Receipts: | $5,368.23 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,368.23 | Total Comp/Non Comp Receipts: | $5,368.23 |
| Total Internal/Transfer Receipts: | $4,530.09 | Total Internal/Transfer Receipts: | $4,530.09 |
| | | | |
| Total Compensable Disbursements: | $4,530.09 | Total Compensable Disbursements: | $4,530.09 |
| Total Non-Compensable Disbursements: | $838.14 | Total Non-Compensable Disbursements: | $838.14 |
| Total Comp/Non Comp Disbursements: | $5,368.23 | Total Comp/Non Comp Disbursements: | $5,368.23 |
| Total Internal/Transfer Disbursements: | $4,530.09 | Total Internal/Transfer Disbursements: | $4,530.09 |